**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/01/2020

IN RE:

EDWARD C. SCHERER, JR.
APRIL L. SCHERER
8151 EDWOOD ROAD
PITTSBURGH, PA 15237
XXX-XX-7062          Debtor(s)

XXX-XX-4070

Case No. 15-22059 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/1/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | INT % | CRED DESC / ACCOUNT NO. |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 1<br>Court Claim Number: 14<br>CLAIM: 2,145.03<br>COMMENT: LOWES/SYNCHRONY | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7674 |
| **M & T BANK**<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 2<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 7/15 | 0.00% | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 5156 |
| **PERITUS PORTFOLIO SERVICES II LLC AS ASSI**<br>PO BOX 141419<br>IRVING, TX 75014 | Trustee Claim Number: 3<br>Court Claim Number: 4<br>CLAIM: 28,473.77<br>COMMENT: C4GOV@PIF*PMT/CONF*FR FIRST NATL BANK OF PA-DOC 43 | 5.29% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5016 |
| **VRI***<br>POB 540669<br>MERRITT ISLAND, FL 32954 | Trustee Claim Number: 4<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: SURR/PL*MAINTENANCE FEES/SCH | 0.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0229 |
| **RESORT FUNDING LLC**<br>POB 5119 6TH FL<br>BUFFALO, NY 14240 | Trustee Claim Number: 5<br>Court Claim Number: NCF<br>CLAIM: 0.00<br>COMMENT: SURR/PL*NT ADR~DEBTOR IS SURRENDERING/SCH | 0.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0996 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number: 6<br>Court Claim Number: 1<br>CLAIM: 35,149.22<br>COMMENT: C1GOV*35027.30@3.5%/PL@K~PL NT K | 3.50% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9683 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7<br>Court Claim Number:<br>CLAIM: 85.00<br>COMMENT: 7062,4070:14~$PL | 0.00% | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7062 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 8<br>Court Claim Number: 13<br>CLAIM: 619.13<br>COMMENT: AEO/SYNCHRONY | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3429 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>C/O GREAT LAKES EDUCATIONAL LOAN SVCS I<br>PO BOX 790321<br>ST LOUIS, MO 63179-0321 | Trustee Claim Number: 9<br>Court Claim Number: 16-2<br>CLAIM: 51,561.52<br>COMMENT: 9502/SCH*AMD | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4070 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 10<br>Court Claim Number: 10<br>CLAIM: 4,848.00<br>COMMENT: | 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BANK OF AMERICA NA**** <br> PO BOX 15102 <br> WILMINGTON, DE  19886-5102 | Trustee Claim Number:11  INT %:  0.00% <br> Court Claim Number:26 <br> CLAIM:  7,450.77 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8115 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number:12  INT %:  0.00% <br> Court Claim Number:27 <br> CLAIM:  720.46 <br> COMMENT:  NO ACCT/SCH*CITIBANK/BEST BUY | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3857 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number:13  INT %:  0.00% <br> Court Claim Number:25 <br> CLAIM:  3,358.46 <br> COMMENT:  CABELA'S*FR WFB-DOC 35 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5467 |
| **CABELAS** <br> POB 82575 <br> LINCOLN, NE  68501-2575 | Trustee Claim Number:14  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5327 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number:15  INT %:  0.00% <br> Court Claim Number:8 <br> CLAIM:  1,688.70 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3964 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number:16  INT %:  0.00% <br> Court Claim Number:7 <br> CLAIM:  568.41 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3268 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number:17  INT %:  0.00% <br> Court Claim Number:5 <br> CLAIM:  3,221.70 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3052 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number:18  INT %:  0.00% <br> Court Claim Number:6 <br> CLAIM:  1,104.57 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0335 |
| **CAPITAL ONE(*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC  28269 | Trustee Claim Number:19  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **ECAST SETTLEMENT CORP** <br> POB 29262 <br> NEW YORK, NY  10087-9262 | Trustee Claim Number:20  INT %:  0.00% <br> Court Claim Number:22 <br> CLAIM:  2,379.23 <br> COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9315 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CONVERGENT OUTSOURCING**<br>POB 9004<br><br>RENTON, WA 98057 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4497 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 22,874.68<br>COMMENT: FR ENERBANK USA-DOC 49 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0553 |
| **GENEVA COLLEGE**<br>BUSINESS OFFICE<br>3200 COLLEGE AVENUE<br>BEAVER FALLS, PA 15010 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>C/O GREAT LAKES EDUCATIONAL LOAN SVCS I<br>PO BOX 790321<br>ST LOUIS, MO 63179-0321 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 17-2<br>CLAIM: 92,147.28<br>COMMENT: 1799/SCH*AMD*899581 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4070 |
| **GUARDIAN PROTECTION SERVICES(*)**<br>174 THORN HILL RD<br><br>WARRENDALE, PA 15086 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 119.85<br>COMMENT: 8066/SCH*SVC THRU 8/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7062 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 792.60<br>COMMENT: KOHLS/CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6946 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 743.13<br>COMMENT: LOWES/SYNCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1740 |
| **MAGEE WOMENS HOSPITAL OF UPMC**<br>300 HALKET ST<br><br>PITTSBURGH, PA 15213-3180 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5051 |
| **COMENITY CAPITAL BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 24-2<br>CLAIM: 1,794.51<br>COMMENT: PAYPAL*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4259 |
| **QUEST DIAGNOSTICS++**<br>PO BOX 71303<br><br>PHILADELPHIA, PA 19176-1303 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4981 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SPRINT CORP(*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 1,534.47<br>COMMENT: SVC THRU 6/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0558 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 4,588.49<br>COMMENT: OLD NAVY/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3231 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 1,222.32<br>COMMENT: AMAZON/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7132 |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br>PITTSBURGH, PA 15250-7980 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 20 | CLAIM: 132.59<br>COMMENT: 0183/SCH*NO LAST PMT DT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 369.28<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 39232 |
| **M & T BANK**<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 8,126.69<br>COMMENT: C2GOV*4500/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5156 |
| **M & T BANK**<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 750.00<br>COMMENT: NT PROV/PL*NTC-POSTPET FEE/EXP*REF CL*W/37 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5156 |
| **NATIONAL COLLEGIATE STUDENT LOAN TRUST**<br>C/O TRANSWORLD SYSTEMS INC<br>PO BOX 2402<br>COLUMBUS, GA 31902-2402 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 13,976.71<br>COMMENT: NT/SCH*LOAN 005P | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4070 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 21 | CLAIM: 445.35<br>COMMENT: NT/SCH*CHG OFF 3/15/2015 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |