# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  EDWARD C. SCHERER, JR.<br>APRIL L. SCHERER<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  EDWARD C. SCHERER, JR.<br>APRIL L. SCHERER<br><br>        Respondents | Case No.15-22059TPA<br><br><br>Chapter 13<br><br><br>Document No. 58 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __16th__ day of __July__, 20__20__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Duquesne Light Company (Emp)
Attn: Payroll Manager
Benefits Central 16-6
Pob 1930
Pittsburgh,PA 15230

is hereby ordered to immediately terminate the attachment of the wages of EDWARD C. SCHERER, JR., social security number XXX-XX-7062. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of EDWARD C. SCHERER, JR..

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-22059-TPA
Edward C. Scherer, Jr.                                              Chapter 13
April L. Scherer
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: nsha              Page 1 of 1             Date Rcvd: Jul 16, 2020
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db/jdb         +Edward C. Scherer, Jr.,    April L. Scherer,    8151 Edwood Road,    Pittsburgh, PA 15237-5616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor April L. Scherer chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Edward C. Scherer, Jr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7