Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Edward C. Scherer Jr.** | : | Case No. 15−22059−TPA |
| **April L. Scherer** | : | Chapter: 13 |
| aka April Lynn Scherer, fka April L. Brent | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 65 |
| | : | |
| v. | : | Hearing Date: 11/13/20 at 12:00 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 27th of August, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 65 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before October 13, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on ***November 13, 2020 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22059-TPA
Edward C. Scherer, Jr.                                                  Chapter 13
April L. Scherer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: vson              Page 1 of 3          Date Rcvd: Aug 27, 2020
                              Form ID: 300b           Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
```
db/jdb         +Edward C. Scherer, Jr.,    April L. Scherer,    8151 Edwood Road,    Pittsburgh, PA 15237-5616
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
14057616       +AES,    1200 North 7th Street,    Harrisburg, PA 17102-1419
14057617       +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14083496        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14057618        American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
14057619      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
14120391       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14057620        Best Buy,    HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
14093415        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14057627       +Capital One National Association,    120 Corporate Boulevard,    Norfolk, VA 23502-4952
14057628        Citi Cards,    Processing Center,    Des Moines, IA 50363-0005
14097592        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14057630       +Enerbank USA,    1245 Brickyard Road,    Suite 600,    Salt Lake City, UT 84106-2562
14057632       +FT. Lauderdale Beach Resort,    c/o VRI,    25510 Commercentre Drive suite 100,
                 Lake Forest, CA 92630-8855
14057631       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14057633       +Geneva College,    c/o Educational Computer Systems, Inc.,    181 Montour Run Road,
                 Coraopolis, PA 15108-9408
14057634        Great Lakes,    PO Box 7860,    Madison, WI 53707-7860
14110412       +Guardian Protection Services,    174 Thorn Hill Rd,    Warrendale, PA 15086-7528
14057635        Guardian Protection Services,    PO Box 37751,    Philadelphia, PA 19101-5051
14057641        Magee Womans Hospital of UPMC,    P. O. Box 382059,    Pittsburgh, PA 15250-8059
14088243       +Midland Credit Management, Inc. as agent for    MIDL,    PO Box 2011,    Warren, MI 48090-2011
14091960       +National Collegiate Student Loan Trust 2006-4,    Po Box 4275,    Norcross, GA 30091-4275
14072194       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14057643        Quest Diagnostics,    PO Box 740717,    Cincinnati, OH 45274-0717
14057644       +Resort Funding LLC,    360 South Warren Street., 12th Floor,    Syracuse, NY 13202-2037
14057648       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14091946       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
14057649       +Vacation Resorts International,    25510 Commercentre Drive, Suite 100,
                 Lake Forest, CA 92630-8855
14067065        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
14057651        Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 04:10:00
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2020 04:10:01
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14057615        E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:32      AEO/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
14095656        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 04:10:05
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14114689       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2020 04:07:22
                 COMENITY CAPITAL BANK/PAYPAL CREDIT,    C/O WEINSTEIN & RILEY, P.S.,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14057621        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 04:09:34      Cabelas Club Visa,
                 PO Box 82519,    Lincoln, NE 68501-2519
14057623       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 04:09:56
                 Capital One Bank USA, N.a.,    PO Box 71083,    Charlotte, NC 28272-1083
14057629        E-mail/Text: convergent@ebn.phinsolutions.com Aug 28 2020 04:08:04
                 Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
14057636        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 28 2020 04:07:16      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15215206        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 04:07:56      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
14057637        E-mail/Text: PBNCNotifications@peritusservices.com Aug 28 2020 04:07:11
                 Kohl's Payment Center,    PO Box 2983,    Milwaukee, WI 53201-2983
14057638       +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:06      Lowes/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
14067617        E-mail/Text: camanagement@mtb.com Aug 28 2020 04:07:19      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
14057640        E-mail/Text: camanagement@mtb.com Aug 28 2020 04:07:19      M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264-2182
14381494        E-mail/Text: peritus@ebn.phinsolutions.com Aug 28 2020 04:08:19
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
```

```
District/off: 0315-2           User: vson                 Page 2 of 3                   Date Rcvd: Aug 27, 2020
                               Form ID: 300b              Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14178884         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 04:09:38
                  Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14121796         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 04:09:14
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14057642        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:30      Paypal Credit,   PO Box 105658,
                  Atlanta, GA 30348-5658
14062872         E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2020 04:10:01
                  Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
14083021         E-mail/Text: appebnmailbox@sprint.com Aug 28 2020 04:07:41      Sprint,   Attn Bankruptcy Dept,
                  PO Box 7949,   Overland Park KS 66207-0949
14057645         E-mail/Text: appebnmailbox@sprint.com Aug 28 2020 04:07:42      Sprint,   P. O. Box 219718,
                  Kansas City, MO 64121-9718
14057646         E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:06      SYNCB/Old Navy,   PO Box 965005,
                  Orlando, FL 32896-5005
14057647         E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:52      Synchrony Bank/Amazon,
                  PO Box 960013,   Orlando, FL 32896-0013
14057650         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2020 04:07:00
                  Verizon,   PO Box 920041,   Dallas, TX 75392-0041
14115435         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 04:09:34
                  WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems, LLC,   PO Box 7999,
                  St Cloud, MN   56302-9617)
cr*             PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   IRVING, TX   75014-1419
14057622*       Cabelas Club Visa,   PO Box 82519,   Lincoln, NE 68501-2519
14079477*       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC   28272-1083
14057624*      +Capital One Bank USA, N.a.,   PO Box 71083,   Charlotte, NC 28272-1083
14057625*      +Capital One Bank USA, N.a.,   PO Box 71083,   Charlotte, NC 28272-1083
14057626*      +Capital One Bank USA, N.a.,   PO Box 71083,   Charlotte, NC 28272-1083
14057639*      +Lowes/Synchrony Bank,   PO Box 530914,   Atlanta, GA 30353-0914
                                                                                 TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor April L. Scherer chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Edward C. Scherer, Jr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

```
District/off: 0315-2          User: vson                  Page 3 of 3              Date Rcvd: Aug 27, 2020
                              Form ID: 300b               Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7