**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EDWARD C. SCHERER, JR.<br>APRIL L. SCHERER<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:15-22059 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/05/2015 and confirmed on 7/29/15. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 228,676.20 |
| Less Refunds to Debtor | 205.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 228,470.36 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 10,135.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,535.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 121,672.11 | 0.00 | 121,672.11 |
|     Acct: 5156 | | | | |
|   M & T BANK | 8,126.69 | 8,126.69 | 0.00 | 8,126.69 |
|     Acct: 5156 | | | | |
|   VRI AMERICAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0229 | | | | |
|   RESORT FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0996 | | | | |
|   PERITUS PORTFOLIO SERVICES II LLC AS | 28,473.77 | 28,473.77 | 3,907.06 | 32,380.83 |
|     Acct: 5016 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 35,149.22 | 35,149.22 | 3,072.21 | 38,221.43 |
|     Acct: 9683 | | | | |
| | | | | 200,401.06 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD C. SCHERER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDWARD C. SCHERER, JR. | 205.84 | 205.84 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 85.00 | 85.00 | 0.00 | 85.00 |
|     Acct: 7062 | | | | |
|   M & T BANK | 750.00 | 750.00 | 0.00 | 750.00 |
|     Acct: 5156 | | | | |
| | | | | 835.00 |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 2,145.03 | 133.31 | 0.00 | 133.31 |
|     Acct: 7674 | | | | |
|   MIDLAND FUNDING LLC | 619.13 | 38.48 | 0.00 | 38.48 |
|     Acct: 3429 | | | | |
|   UNITED STATES DEPARTMENT OF EDUC | 51,561.52 | 3,204.55 | 0.00 | 3,204.55 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4070 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 4,848.00 | 301.30 | 0.00 | 301.30 |
| Acct: 1001 | | | | |
| BANK OF AMERICA NA** | 7,450.77 | 463.07 | 0.00 | 463.07 |
| Acct: 8115 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 720.46 | 44.78 | 0.00 | 44.78 |
| Acct: 3857 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 3,358.46 | 208.73 | 0.00 | 208.73 |
| Acct: 5467 | | | | |
| CABELAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5327 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,688.70 | 104.95 | 0.00 | 104.95 |
| Acct: 3964 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 568.41 | 35.33 | 0.00 | 35.33 |
| Acct: 3268 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,221.70 | 200.23 | 0.00 | 200.23 |
| Acct: 3052 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,104.57 | 68.65 | 0.00 | 68.65 |
| Acct: 0335 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECAST SETTLEMENT CORP | 2,379.23 | 147.87 | 0.00 | 147.87 |
| Acct: 9315 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4497 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 22,874.68 | 1,421.66 | 0.00 | 1,421.66 |
| Acct: 0553 | | | | |
| GENEVA COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED STATES DEPARTMENT OF EDUC | 92,147.28 | 5,726.95 | 0.00 | 5,726.95 |
| Acct: 4070 | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 119.85 | 7.45 | 0.00 | 7.45 |
| Acct: 7062 | | | | |
| CAPITAL ONE NA** | 792.60 | 49.26 | 0.00 | 49.26 |
| Acct: 6946 | | | | |
| MIDLAND FUNDING LLC | 743.13 | 46.19 | 0.00 | 46.19 |
| Acct: 1740 | | | | |
| MAGEE WOMENS HOSPITAL OF UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5051 | | | | |
| COMENITY CAPITAL BANK | 1,794.51 | 111.53 | 0.00 | 111.53 |
| Acct: 4259 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4981 | | | | |
| SPRINT CORP(*) | 1,534.47 | 95.37 | 0.00 | 95.37 |
| Acct: 0558 | | | | |
| MIDLAND FUNDING LLC | 4,588.49 | 285.17 | 0.00 | 285.17 |
| Acct: 3231 | | | | |
| MIDLAND FUNDING LLC | 1,222.32 | 75.97 | 0.00 | 75.97 |
| Acct: 7132 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 132.59 | 8.24 | 0.00 | 8.24 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUIT | 369.28 | 22.95 | 0.00 | 22.95 |
| Acct: X9232 | | | | |
| NATIONAL COLLEGIATE STUDENT LOAN | 13,976.71 | 868.65 | 0.00 | 868.65 |
| Acct: 4070 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 445.35 | 27.68 | 0.00 | 27.68 |
| Acct: 0001 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 13,698.32 |
| **TOTAL PAID TO CREDITORS** | | | | | **214,934.38** |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 835.00 | | | | |
| SECURED | 71,749.68 | | | | |
| UNSECURED | 220,407.24 | | | | |

Date: 08/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　EDWARD C. SCHERER, JR.<br>　　APRIL L. SCHERER<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　　No Repondents. | Case No.:15-22059 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-22059-TPA
Edward C. Scherer, Jr.                                              Chapter 13
April L. Scherer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: vson                Page 1 of 3                  Date Rcvd: Aug 27, 2020
                               Form ID: pdf900           Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
```
db/jdb         +Edward C. Scherer, Jr.,    April L. Scherer,    8151 Edwood Road,    Pittsburgh, PA 15237-5616
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
14057616       +AES,    1200 North 7th Street,    Harrisburg, PA 17102-1419
14057617       +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14083496        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14057618        American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
14057619      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
14120391       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14057620        Best Buy,    HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
14093415        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14057627       +Capital One National Association,    120 Corporate Boulevard,    Norfolk, VA 23502-4952
14057628        Citi Cards,    Processing Center,    Des Moines, IA 50363-0005
14097592        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14057630       +Enerbank USA,    1245 Brickyard Road,    Suite 600,    Salt Lake City, UT 84106-2562
14057632       +FT. Lauderdale Beach Resort,    c/o VRI,    25510 Commercentre Drive suite 100,
                 Lake Forest, CA 92630-8855
14057631       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14057633       +Geneva College,    c/o Educational Computer Systems, Inc.,    181 Montour Run Road,
                 Coraopolis, PA 15108-9408
14057634        Great Lakes,    PO Box 7860,    Madison, WI 53707-7860
14110412       +Guardian Protection Services,    174 Thorn Hill Rd,    Warrendale, PA 15086-7528
14057635        Guardian Protection Services,    PO Box 37751,    Philadelphia, PA 19101-5051
14057641        Magee Womans Hospital of UPMC,    P. O. Box 382059,    Pittsburgh, PA 15250-8059
14088243       +Midland Credit Management, Inc. as agent for    MIDL,    PO Box 2011,    Warren, MI 48090-2011
14091960       +National Collegiate Student Loan Trust 2006-4,    Po Box 4275,    Norcross, GA 30091-4275
14072194       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14057643        Quest Diagnostics,    PO Box 740717,    Cincinnati, OH 45274-0717
14057644       +Resort Funding LLC,    360 South Warren Street., 12th Floor,    Syracuse, NY 13202-2037
14057648       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14091946       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
14057649       +Vacation Resorts International,    25510 Commercentre Drive, Suite 100,
                 Lake Forest, CA 92630-8855
14067065        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
14057651        Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 04:09:59
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2020 04:09:38
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14057615        E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:29      AEO/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
14095656        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 04:09:19
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14114689       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 28 2020 04:07:20
                 COMENITY CAPITAL BANK/PAYPAL CREDIT,    C/O WEINSTEIN & RILEY, P.S.,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14057621        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 04:09:56      Cabelas Club Visa,
                 PO Box 82519,    Lincoln, NE 68501-2519
14057623       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 04:09:35
                 Capital One Bank USA, N.a.,    PO Box 71083,    Charlotte, NC 28272-1083
14057629        E-mail/Text: convergent@ebn.phinsolutions.com Aug 28 2020 04:08:04
                 Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
14057636        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 28 2020 04:07:15      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15215206        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 04:07:56      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
14057637        E-mail/Text: PBNCNotifications@peritusservices.com Aug 28 2020 04:07:10
                 Kohl’s Payment Center,    PO Box 2983,    Milwaukee, WI 53201-2983
14057638       +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:06      Lowes/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
14067617        E-mail/Text: camanagement@mtb.com Aug 28 2020 04:07:19      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
14057640        E-mail/Text: camanagement@mtb.com Aug 28 2020 04:07:19      M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264-2182
14381494        E-mail/Text: peritus@ebn.phinsolutions.com Aug 28 2020 04:08:19
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
```

```
District/off: 0315-2           User: vson                 Page 2 of 3              Date Rcvd: Aug 27, 2020
                               Form ID: pdf900            Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14178884         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 04:09:14
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14121796         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 04:09:37
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14057642        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:32       Paypal Credit,   PO Box 105658,
                 Atlanta, GA 30348-5658
14062872         E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2020 04:09:38
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14083021         E-mail/Text: appebnmailbox@sprint.com Aug 28 2020 04:07:41        Sprint,   Attn Bankruptcy Dept,
                 PO Box 7949,   Overland Park KS 66207-0949
14057645         E-mail/Text: appebnmailbox@sprint.com Aug 28 2020 04:07:41        Sprint,   P. O. Box 219718,
                 Kansas City, MO 64121-9718
14057646         E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:28       SYNCB/Old Navy,   PO Box 965005,
                 Orlando, FL 32896-5005
14057647         E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 04:09:28       Synchrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013
14057650         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2020 04:06:58
                 Verizon,   PO Box 920041,   Dallas, TX 75392-0041
14115435         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 04:09:33
                 WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,   PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                             TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems, LLC,    PO Box 7999,
                  St Cloud, MN  56302-9617)
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,   IRVING, TX 75014-1419
14057622*       Cabelas Club Visa,   PO Box 82519,   Lincoln, NE 68501-2519
14079477*       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
14057624*      +Capital One Bank USA, N.a.,   PO Box 71083,   Charlotte, NC 28272-1083
14057625*      +Capital One Bank USA, N.a.,   PO Box 71083,   Charlotte, NC 28272-1083
14057626*      +Capital One Bank USA, N.a.,   PO Box 71083,   Charlotte, NC 28272-1083
14057639*      +Lowes/Synchrony Bank,   PO Box 530914,   Atlanta, GA 30353-0914
                                                                                   TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor April L. Scherer chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Edward C. Scherer, Jr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

```
District/off: 0315-2           User: vson                  Page 3 of 3            Date Rcvd: Aug 27, 2020
                               Form ID: pdf900             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 7