**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Edward C. Scherer Jr.** | Social Security number or ITIN  xxx–xx–7062 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **April L. Scherer** | Social Security number or ITIN  xxx–xx–4070 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–22059–TPA**

# Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward C. Scherer Jr.

April L. Scherer
aka April Lynn Scherer, fka April L. Brent

11/3/20

**By the court:**   Thomas P. Agresti
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Edward C. Scherer, Jr.  
April L. Scherer  
    Debtor(s)

Case No. 15-22059-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 4  
Date Rcvd: Nov 03, 2020     Form ID: 3180W     Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward C. Scherer, Jr., April L. Scherer, 8151 Edwood Road, Pittsburgh, PA 15237-5616 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| 14057616 | + | AES, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14057617 | + | AES, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14120391 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14057627 | + | Capital One National Association, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 14057630 | + | Enerbank USA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 14057632 | + | FT. Lauderdale Beach Resort, c/o VRI, 25510 Commercentre Drive suite 100, Lake Forest, CA 92630-8855 |
| 14057631 | + | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14057633 | + | Geneva College, c/o Educational Computer Systems, Inc., 181 Montour Run Road, Coraopolis, PA 15108-9408 |
| 14057634 | | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 14110412 | + | Guardian Protection Services, 174 Thorn Hill Rd, Warrendale, PA 15086-7528 |
| 14057635 | | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 14057641 | | Magee Womans Hospital of UPMC, P. O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14088243 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 14091960 | + | National Collegiate Student Loan Trust 2006-4, Po Box 4275, Norcross, GA 30091-4275 |
| 14072194 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14057643 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14057644 | + | Resort Funding LLC, 360 South Warren Street., 12th Floor, Syracuse, NY 13202-2037 |
| 14057648 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14091946 | + | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14057649 | + | Vacation Resorts International, 25510 Commercentre Drive, Suite 100, Lake Forest, CA 92630-8855 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2020 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2020 01:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 04 2020 03:38:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | EDI: RECOVERYCORP.COM | Nov 04 2020 03:38:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14057615 | | EDI: RMSC.COM | Nov 04 2020 03:38:00 | AEO/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14083496 | | EDI: BECKLEE.COM | Nov 04 2020 03:38:00 | AMERICAN EXPRESS CENTURION BANK, |

Case 15-22059-TPA    Doc 73    Filed 11/05/20    Entered 11/06/20 00:36:36    Desc Imaged
                                 Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: nsha | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2020 | Form ID: 3180W | Total Noticed: 58 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14057618 | EDI: AMEREXPR.COM | Nov 04 2020 03:38:00 | American Express, P.O. Box 297879, Fort Lauderdale, FL 33329-7879 |
| 14095656 | EDI: AIS.COM | Nov 04 2020 03:38:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14057619 | EDI: BANKAMER.COM | Nov 04 2020 03:38:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14057620 | EDI: HFC.COM | Nov 04 2020 03:38:00 | Best Buy, HSBC Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 14093415 | EDI: BL-BECKET.COM | Nov 04 2020 03:38:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14114689 | + EDI: WFNNB.COM | Nov 04 2020 03:38:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14057621 | EDI: CAPITALONE.COM | Nov 04 2020 03:38:00 | Cabelas Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 14057623 | + EDI: CAPITALONE.COM | Nov 04 2020 03:38:00 | Capital One Bank USA, N.a., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057628 | EDI: CITICORP.COM | Nov 04 2020 03:38:00 | Citi Cards, Processing Center, Des Moines, IA 50363-0005 |
| 14057629 | EDI: CONVERGENT.COM | Nov 04 2020 03:38:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14097592 | EDI: ECAST.COM | Nov 04 2020 03:38:00 | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14057636 | EDI: IRS.COM | Nov 04 2020 03:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15215206 | EDI: JEFFERSONCAP.COM | Nov 04 2020 03:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14057637 | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2020 01:25:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14057638 | + EDI: RMSC.COM | Nov 04 2020 03:38:00 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14067617 | Email/Text: camanagement@mtb.com | Nov 04 2020 01:25:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14057640 | Email/Text: camanagement@mtb.com | Nov 04 2020 01:25:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14381494 | Email/Text: peritus@ebn.phinsolutions.com | Nov 04 2020 01:26:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14178884 | EDI: PRA.COM | Nov 04 2020 03:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14121796 | EDI: PRA.COM | Nov 04 2020 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14057642 | + EDI: RMSC.COM | Nov 04 2020 03:38:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14062872 | EDI: RECOVERYCORP.COM | Nov 04 2020 03:38:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14083021 | EDI: NEXTEL.COM | Nov 04 2020 03:38:00 | Sprint, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14057645 | EDI: NEXTEL.COM | | |

Case 15-22059-TPA   Doc 73   Filed 11/05/20   Entered 11/06/20 00:36:36   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: nsha | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2020 | Form ID: 3180W | Total Noticed: 58 |

| Recip ID | Delivery Method | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 04 2020 03:38:00 | Sprint, P. O. Box 219718, Kansas City, MO 64121-9718 |
| 14057646 | EDI: RMSC.COM | | | |
| | | | Nov 04 2020 03:38:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14057647 | EDI: RMSC.COM | | | |
| | | | Nov 04 2020 03:38:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14057650 | EDI: VERIZONCOMB.COM | | | |
| | | | Nov 04 2020 03:38:00 | Verizon, PO Box 920041, Dallas, TX 75392-0041 |
| 14115435 | EDI: CAPITALONE.COM | | | |
| | | | Nov 04 2020 03:38:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14067065 | EDI: WFFC.COM | | | |
| | | | Nov 04 2020 03:38:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14057651 | EDI: WFFC.COM | | | |
| | | | Nov 04 2020 03:38:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14057622 | * | Cabelas Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 14079477 | * | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057624 | *+ | Capital One Bank USA, N.a., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057625 | *+ | Capital One Bank USA, N.a., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057626 | *+ | Capital One Bank USA, N.a., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057639 | *+ | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2020         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 4 of 4 |
| Date Rcvd: Nov 03, 2020 | Form ID: 3180W | Total Noticed: 58 |

Christopher M. Frye
    on behalf of Joint Debtor April L. Scherer chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Edward C. Scherer Jr. chris.frye@steidl-steinberg.com,
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7