**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/3/20 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    EDWARD C. SCHERER, JR.
    APRIL L. SCHERER
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-22059 TPA

Chapter 13

Document No.:    65

**ORDER OF COURT**

AND NOW, this _____3rd_____ day of _____November_____, 20_20_, upon consideration of the
**Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of
Receipts and Disbursements**, and following notice to the creditors and an opportunity to be
heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments,
has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to
Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case
is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected
employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free
and clear of any and all claims or interests except as otherwise treated in the plan or in the
Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is
hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not
the claim of such creditor is provided for in the Plan, and whether or not such creditor has
objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided
for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment
date for which the Trustee last made a distribution, and no additional interest, late fees or
penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's
registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report
and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is
discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE **ljm**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 15-22059-TPA |
|---|---|
| Edward C. Scherer, Jr. | Chapter 13 |
| April L. Scherer | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: nsha | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2020 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward C. Scherer, Jr., April L. Scherer, 8151 Edwood Road, Pittsburgh, PA 15237-5616 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| 14057616 | + | AES, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14057617 | + | AES, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14083496 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14057618 | | American Express, P.O. Box 297879, Fort Lauderdale, FL 33329-7879 |
| 14057619 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14120391 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14057620 | | Best Buy, HSBC Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 14093415 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14057627 | + | Capital One National Association, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 14057628 | | Citi Cards, Processing Center, Des Moines, IA 50363-0005 |
| 14097592 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14057630 | + | Enerbank USA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 14057632 | + | FT. Lauderdale Beach Resort, c/o VRI, 25510 Commercentre Drive suite 100, Lake Forest, CA 92630-8855 |
| 14057631 | + | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14057633 | + | Geneva College, c/o Educational Computer Systems, Inc., 181 Montour Run Road, Coraopolis, PA 15108-9408 |
| 14057634 | | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 14110412 | + | Guardian Protection Services, 174 Thorn Hill Rd, Warrendale, PA 15086-7528 |
| 14057635 | | Guardian Protection Services, PO Box 37751, Philadelphia, PA 19101-5051 |
| 14057641 | | Magee Womans Hospital of UPMC, P. O. Box 382059, Pittsburgh, PA 15250-8059 |
| 14088243 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 14091960 | + | National Collegiate Student Loan Trust 2006-4, Po Box 4275, Norcross, GA 30091-4275 |
| 14072194 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14057643 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14057644 | + | Resort Funding LLC, 360 South Warren Street., 12th Floor, Syracuse, NY 13202-2037 |
| 14057648 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14091946 | + | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14057649 | + | Vacation Resorts International, 25510 Commercentre Drive, Suite 100, Lake Forest, CA 92630-8855 |
| 14067065 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14057651 | | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 04 2020 00:27:57 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Nov 04 2020 00:27:57 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14057615 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 04 2020 00:29:32 | AEO/Synchrony Bank, PO Box 530942, Atlanta, |

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2020 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | GA 30353-0942 |
| 14095656 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 04 2020 00:26:27 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14114689 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2020 01:25:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14057621 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 04 2020 00:26:24 | Cabelas Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 14057623 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 04 2020 00:27:56 | Capital One Bank USA, N.a., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057629 | | Email/Text: convergent@ebn.phinsolutions.com | Nov 04 2020 01:26:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14057636 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2020 01:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15215206 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2020 01:26:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14057637 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2020 01:25:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14057638 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2020 00:26:23 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14067617 | | Email/Text: camanagement@mtb.com | Nov 04 2020 01:25:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14057640 | | Email/Text: camanagement@mtb.com | Nov 04 2020 01:25:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14381494 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 04 2020 01:26:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14178884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2020 00:29:34 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14121796 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2020 00:27:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14057642 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2020 00:27:56 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14062872 | | Email/PDF: rmscedi@recoverycorp.com | Nov 04 2020 00:26:25 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14083021 | | Email/Text: appebnmailbox@sprint.com | Nov 04 2020 01:25:00 | Sprint, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14057645 | | Email/Text: appebnmailbox@sprint.com | Nov 04 2020 01:25:00 | Sprint, P. O. Box 219718, Kansas City, MO 64121-9718 |
| 14057646 | | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2020 00:26:23 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14057647 | | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2020 00:29:32 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14057650 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 04 2020 01:25:00 | Verizon, PO Box 920041, Dallas, TX 75392-0041 |
| 14115435 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 04 2020 00:27:56 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 25

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2020 | Form ID: pdf900 | Total Noticed: 56 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14057622 | * | Cabelas Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 14079477 | * | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057624 | *+ | Capital One Bank USA, N.a., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057625 | *+ | Capital One Bank USA, N.a., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057626 | *+ | Capital One Bank USA, N.a., PO Box 71083, Charlotte, NC 28272-1083 |
| 14057639 | *+ | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor April L. Scherer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Edward C. Scherer  Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 7